

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOHN MASON HUGHES, | § | No. 08-20-00032-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 201st District Court |
| EASY STREET CAPITAL, L.L.C.; | § | |
| RUSSELL FROST, Trustee, HORNET | | of Travis County, Texas |
| CAPITAL, L.L.C., and PATRICK E. | § | |
| HUDSON, Trustee, | | (TC# D-1-GN-18-005944) |
| | § | |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.